UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 17, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE ONESAVANH,

Defendant.

Case No. 2:26-cr-00117-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GEORGE ONESAVANH, Case No. 2:26-cr-00117-DJC, Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____________

x Unsecured Appearance Bond $ 10,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other): Released forthwith on terms as stated on the record. Defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 7/20/2026.

Issued at Sacramento, California on July 17, 2026, at 2:50 PM.

By: ____________________

Magistrate Judge Sean C. Riordan