HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
GEORGE ONESAVANH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE ONESAVANH,<br><br>Defendants. | Case No. 2:26-cr-00117-DJC-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: August 27, 2026<br>Time: 9:30 AM<br>Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Nicole Vanek, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for GEORGE ONESAVANH, that the status conference scheduled for September 24, 2026, at 9:00 a.m., be vacated and the matter continued to November 19, 2026, at 9:00 a.m.

The defense requests the additional time in order to conduct investigation and review extensive discovery. The government does not object to this continuance.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through November 19, 2026, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4. Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 17, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for GEORGE ONESAVANH

DATED: September 17, 2026

ERIC GRANT
Acting United States Attorney

*/s/ Nicole M. Vanek*
NICOLE M. VANEK
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy sentencing.

It is further ordered that the September 24, 2026 status conference shall be continued until November 19, 2026, at 9:00 a.m.

Dated: September 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE